# United States Court of Appeals
## For the First Circuit

No. 25-2095

JOHN DOE,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA H. HYDE, Field Office Director; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, US Secretary of Homeland Security; PAMELA J. BONDI, Attorney General of the US; DONALD J. TRUMP, President of the U.S.,

Respondents - Appellants.

**MANDATE**

Entered: November 25, 2025

In accordance with the judgment of November 25, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Julian Bava
Nicole Dill
Rayford A. Farquhar
Abraham R. George
Mary Patricia Holper
Donald Campbell Lockhart
Daniel Louis McFadden
My Khanh Ngo
Nicole Marie O'Connor
Todd C. Pomerleau
Michael King Thomas Tan